FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE ▒▒▒▒ DISTRICT OF ▒▒▒▒▒▒ DELAWARE

06-598

### I. CAPTION

JAMES JONES, a/k/a BLANE NEELY
(Enter the full name of plaintiff or plaintiffs)

v.

RUTH ANN MINNER, GOVERNOR OF DELAWARE
CARL C. DANBERG, ATTORNEY GENERAL OF DELAWARE
PETER N. LETANG, DEPUTY ATTORNEY GENERAL OF DELAWARE
(Enter the full name of defendant or defendants)


FILED SEP 26 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Scanned- BD 9/26/06

**Instructions:**

The caption of this application should be **identical** to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

### II. DECLARATION

I, (your name) James Jones, a/k/a Blane Neely, declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of *in forma pauperis* status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?   yes ( ) no (X)

2. If you are not employed do you have other income?   yes ( ) no (X)

3. If "yes" to either of above, state source of monthly income and amount.

   source _____   amount _____

4. If "no," state date and place of last employment and amount of monthly income.
   date and place  SCI-GRATERFORD, PA 2006   amount $25.00 per Month.

5. Do you have money in a prison account?  yes (X) no ( )  amount $43.00
6. Do you have money in a bank account?   yes ( ) no (X) amount _____

7. Do you own or have an interest in valuable property such an automobile real estate, stocks, or bonds?   yes ( ) no (X)

   If "yes," describe property _____   value _____

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_____ None _____

9. State whether you have received within the past 12 months any money from any of the following sources:

a. Business, profession or other form of self-employment   yes ( )  no (X)

b. Rent payments, interest or dividends          yes ( )  no (X)

c. Pensions, annuities or life insurance payments    yes ( )  no (X)

d. Gifts or inheritances                yes ( )  no (X)

e. Any other sources                 yes ( )  no (X)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

_____

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_James Jones a/k/a Blane Neely_          9/25/2006
SIGNATURE OF PLAINTIFF              DATE

### IV. CERTIFICATION

Instructions:

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _____; and that the average monthly deposits during the during the last six months were $ _____.

(See: Exhibit "A", attached, Resident History Report)
SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL       DATE

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON DE 19801
(BUSINESS ADDRESS)

# Memorandum

**To:** James Jones  —Pod 2A

**From:** Ms. Hill (Business Office)

**Date:** September 20, 2006

**Re:** Response to your letter.

---

Mr. Jones,

Here is your resident account history per your request. There are no transactions before 08/28/06.

EXHIBIT "A"

**RESIDENT HISTORY REPORT**                                                              Page 1 of 1

**HRYCI**
**09/20/06 10:12**
**ST 007 / OPR JMH**

SBI              : 416474
Resident Name    : JONES, JAMES
Time Frame       : 08/28/2006 13:24 - 09/20/2006 10:12

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/28/2006 | 13:24 | Intake | 4 | SED | D53589 | 25.00 | 25.00 |
| 08/29/2006 | 09:15 | Order | 2 | WLH | B130384 | 18.95 | 6.05 |
| 09/01/2006 | 06:31 | Order | 2 | WLH | B130991 | 4.10 | 1.95 |
| 09/07/2006 | 12:23 | Credit | 3 | WLH | C14433 | 4.10 | 6.05 |
| 09/08/2006 | 06:47 | Order | 2 | WLH | B131803 | 5.94 | 0.11 |
| 09/11/2006 | 12:30 | Add | 4 | SED | D54349 | 50.00 | 50.11 |
| 09/11/2006 | 13:02 | Add | 4 | SED | D54388 | 25.00 | 75.11 |
| 09/13/2006 | 11:43 | Rec Payment | 10 | bsp | J5647 | 13.10 | 62.01 |
| 09/13/2006 | 11:46 | Rec Payment | 10 | bsp | J5650 | 2.05 | 59.96 |
| 09/13/2006 | 11:46 | Rec Payment | 10 | bsp | J5651 | 1.00 | 58.96 |
| 09/18/2006 | 05:53 | Order | 2 | WLH | B132857 | 15.96 | 43.00 |

EXHIBIT "A"