FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE ~~~~~~~ DISTRICT OF ~~~~~~~~~~ DELAWARE

06-598

FILED
SEP 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IFP

## I. CAPTION

JAMES JONES, a/k/a BLANE NEELY
(Enter the full name of the plaintiff or plaintiffs)

v.

RUTH ANN MINNER, GOVERNOR OF DELAWARE
CARL C. DANBERG, ATTORNEY GENERAL OF DELAWARE
PETER N. LETANG, DEPUTY ATTORNEY GENERAL OF DELAWARE
(Enter the full name of the defendant or defendants)

Scanned- BD 9/26/06

## II. PARTIES

a. Plaintiff

Full name: JAMES JONES, a/k/a BLANE NEELY

Prison identification number: SBI# 416474

Place of present confinement: HOWARD R. Young Correctional Institution

Address: 1301 East 12Th Street, Wilmington, Delaware 19809

Place of confinement at time of incidents or conditions alleged in complaint, including address:

SCI-GRATERFORD, P.O. Box 244, GRATERFORD, PENNSYLVANIA 19426

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: RUTH ANN MINNER, GOVERNOR

   Place of employment and section or unit: DELAWARE

2. Full name including title: CARL C. DANBERG, ATTORNEY GENERAL

   Place of employment and section or unit: DELAWARE

3. Full name including title: PETER N. LETANG, DEPUTY ATTORNEY GENERAL

   Place of employment and section or unit: DELAWARE

4. Full name including title: _____

   Place of employment and section or unit: _____

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

Page 1

### III. PREVIOUS LAWSUITS

*Instructions:*

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

Parties to your previous lawsuit:

Plaintiffs _____

Defendants _____

Issues: _____

_____

Court: if federal, which district? _____

if state, which county? _____

Docket number: _____   Date filed: _____

Name of presiding judge: _____

Disposition: (check correct answer(s)); Date: _____

Dismissed ___ Reason? _____

Judgment ___ In whose favor? _____

Pending ___ Current status? _____

Other ___ Explain _____

Appeal filed? ___ Current status? _____

Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

### IV. ADMINISTRATIVE REMEDIES

*Instructions:*

Provide the information requested below if there is an administrative procedure to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

a. *Describe* the administrative procedures available to resolve the issues raised in this complaint:

Type of procedure. (grievance, disciplinary review, etc.)

_____

Authority for procedure. (DC-ADM, inmate handbook, etc.)

_____

Formal or informal procedure. _____

Who conducts the initial review? _____

_____

What additional review and appeals are available? _____

_____

_____

b. *Describe* the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

On what date did you request initial review? _____

What action did you ask prison authorities to take? _____

_____

What response did you receive to your request? _____

_____

What further review did you seek and on what dates did you file the requests? _____

_____

_____

What responses did you receive to your requests for further review?

_____

_____

_____

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.

_____

_____

_____

## V. STATEMENT OF CLAIM

*Instructions:*

State here as briefly as possible the facts of your case. Use **plain language** and do not make legal arguments or cite cases or statutes. State how **each defendant** violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are **factually related**. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.

Statement of claim:

Plaintiff who is a Pennsylvania State Prisoner that was housed at the Graterford's State Correctional Institution, assert that his Civil Rights were violated pursuant to 42 U.S.C. §§§§ 1981, 1983, 1985 and 1986, occasioned by Delaware State Officials Transfer of Plaintiff from Pennsylvania to Delaware in Knowing violation of the Terms of the Interstate Agreement on Detainers Act, Article IV, V(a) and V(c), and also; the Due Process and Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, pursuant to Cuyler v. Adams, 101 S.Ct. 703 (1981), at 449 U.S. 450, citing Maine v. Thiboutot, 448 U.S. 1, 100 S.Ct. 2502; 65 L.Ed. 2d 555 (1980).

## VI. RELIEF

*Instruction:* Briefly state exactly what you want the Court to do for you.

Relief sought:

One Thousand Dollars ($1,000.00) per day held in Delaware or Alternatively returned to the Custody of the Pennsylvania Department of Corrections.

## VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

9/25/2006
DATE

James Jones a/k/a Blane Neely
SIGNATURE OF PLAINTIFF(S)

Mr. James Jones, SBI #416474
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, Delaware 19809

Mr. Peter T. Dalleo
Clerk of Court
United States District Court
Lockbox 18
Boggs Federal Building
844 King Street
Wilmington, DE 19801