IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES JONES, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-598 KAJ ) |
| RUTH ANN MINNER, CARL DANBERG, AND PETER N. LETANG, | ) ) ) |
|     Defendants. | ) |

### AUTHORIZATION

I, James Jones, SBI #416474, Howard R. Young Correctional Institution, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $10.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _October 6Th_, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _October 10Th_, 2006.

_James Jones_
Signature of Plaintiff

Mr. James Jones, SBI #416474
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, DE 19809

WILMINGTON DE 197
11 OCT 2006 PM 1 T

Peter T. Dalleo, Clerk
OFFICE OF THE CLERK
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

19801+3570