IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES JONES,
    Plaintiff,

v.       Civil Action No. 06-598 KAJ

RUTH ANN MINNER, CARL DANBERG
AND PETER N. LETANG,
    Defendants.



So Scanned
FILED
OCT 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF COUNSEL

TO: THE HONORABLE KENT A. JORDAN JUDGE OF ABOVE-SAID COURT:

The Plaintiff, James Jones, Pro se, respectfully request The instant Motion be granted for the reasons that follow:

1. This Honorable Court for "Good Cause" shown may Appoint Counsel for "Indigent Litigant" pursuant to 28 U.S.C. § 1915, and also; The Prison Litigation Reform Act of 1995.

2. Plaintiff assert Counsel is needed to ingage in the initial "Discovery Confrence" with Defendants pursuant to Federal Rules of Civil Procedures, Rule 26; and also, to expedite the instant matter in the interest of Judicial Efficiency to avoid the unnecessary usage of Court resources by time consumming litigations where the Defendants have no facts in dispute, the fact are undisputable concerning the instant case and Summary Judgment is required under the "Rule of Law" because Defendants have unequivocally violated the Congressionally mandated Terms of the Interstate Agreement on Detainers Act, Article IV and V, an Interstate Compact between Forty Eight States

the District of Columbia, Puerto Rico, the Virgin Islands, and the United States, by knowingly, unlawfully Extradited Plaintiff across State Lines from Pennsylvania to Delaware, and Defendants are liable pursuant to Cuyler v. Adams, 101 S.Ct. 703 (1981), citing Maine v. Thiboutot, 100 S.Ct. 2502, at 101 S.Ct. 712, 449 U.S. 450.

"If it is apparent to the district court that a Pro se litigant has a colorable claim but lacks the capacity to present it, the district court should appoint counsel to assist." See: Gordon v. Leeks 574 F. 2d 1147, 1153 (4th Cir. 1978)

WHEREFORE, the above-said reasons the Plaintiff respectfully request this Honorable Court grant the instant Motion in the interest of "Due Process" and the "Equal Protection" of the Laws Clause in the Fourteenth Amendment of the United States Constitution.

Date: 10/24/06

Respectfully submitted
James Jones
James Jones SBI# 416474
Howard R. Young Correctional Inst.
1301 East 12th Street
Wilmington DE 19809

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES JONES,<br>    Plaintiff<br><br>V.<br><br>RUTH ANN MINNER, CARL DANBERG,<br>AND PETER N. LETANG<br>    Defendants. | Civil Action No.# 06-598 KAJ |

## CERTIFICATE OF SERVICE

I, James Jones, a/k/a Plaintiff, hereby certify that on this 24th day of October, 2006, cause to be served the "Original" foregoing, "Motion For Appointment of Counsel" by U.S. Mail First-Class on the "Clerk of the U.S. District Court for the District of Delaware" to send copies of above-said Motion pursuant to 28 U.S.C. § 1915; to Defendants who names and addresses is listed below:

CARL DANBERG
ATTORNEY GENERAL
Attorney General's Office
Carvel State Office Bldg.
820 N. French Street
Wilmington DE 19801

RUTH ANN MINNER
GOVERNOR
55 The Green
Dover, DE 19901

PETER N. LETANG
ATTORNEY-AT-LAW
1716 Wawaset Street
P.O. Box 188
Wilmington DE 19899

Respectfully submitted,
James Jones

James Jones SBI #416474
Howard R. Young Correctional Inst.
1301 East 12th Street
Wilmington, DE 19809



Mr. James Jones SBI# 416474
Howard R. Young Correctional Institution
1301 East 12Th Street
Wilmington, DE 19809

Clerk of the Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570