Mr. James Jones SBI #416474
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, DE 19809

November 14, 2006

Mr. Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

FILED
NOV 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Jones v. Minner, et al.
    Civil Action No. # 06-598 KAJ

Dear Clerk:

Enclose find Check for Ten Dollars ($10.00), which is in compliance with Judge Kent A. Jordan Court Order of 10/6/06, that plaintiff is required to pay an initial filing fee of $10.00, this amount being 20 percent (20%) of $50.00, the greater of his average Monthly deposit, and also, $10.00 will be sent each month thereafter untill $350.00 filing fee is satisfied, which is to be filed with the Court.

Thank you for your cooperation in this matter.

Respectfully submitted

*James Jones*

James Jones
Plaintiff

Mr. James Jones SBI #416474-Pod 2A
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, DE 19809

WILMINGTON DE 197
17 NOV 2006 PM 1 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

19801+3570