Mr. James Jones SBI #416474
Howard R. Young Correctional Institution
1301 East 12Th Street
Wilmington, DE 19809

December 26, 2006

Mr. Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RE: Jones v. Minner, et al.
Civil Action No. 06-598 KAJ

Dear Mr. Dalleo:

Since Judge Kent A. Jordan has been promoted to the "Third Circuit Court of Appeals" who has my case been assigned to?

Would you please forward to me at your earliest convenience the District Court Judge my case is assigned.

Thank You!
James Jones



FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Mr. James Jones SBI #416474
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, DE 19809



Mr. Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570