OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 5, 2007

TO:  James Jones
     SBI# 416474
     Howard R. Young Correctional Institution
     1301 East 12th Street
     Wilmington, DE 19809

   *RE:  Status Letter; 06-598(\*\*\*)*

Dear Mr. Jones:

   This office received a letter from you requesting the status of your case. Your case is assigned to the vacant judgeship and has been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, and is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK